**UNITED STATES of America,**

v.

**Gertrude ORLANDO, Appellant.**

**No. 03–4315.**

United States Court of Appeals,
Third Circuit.

Submitted Under Third Circuit LAR
34.1(a) June 16, 2004.

Decided July 1, 2004.

George S. Leone, David B. Lat, Office of
United States Attorney, Newark, NJ, for
Appellee.

Gertrude Orlando, Danbury, CT, pro se.

Before ALITO, SMITH, and
WALLACE,* Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

Counsel for Gertrude Orlando petitions
this Court for permission to withdraw
from representation of Orlando pursuant
to *Anders v. California*, 386 U.S. 738, 87
S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the
ground that the appeal presents no issue
of even arguable merit. Orlando has sub-
mitted a pro se brief which, in essence,
simply requests greater leniency in the
sentence imposed upon her.[1] However,
Orlando was in fact sentenced at the very

bottom of the Guideline range for the
crime for which she pled guilty. App. at 3,
6; *see also id.* at 20 (District Court grant-
ing the "most lenient sentence available to
[Orlando] under the law").

Moreover, in her plea agreement (which
Orlando does not claim was unknowing or
involuntary or otherwise invalid), Orlando
explicitly stipulates that there is no basis
in her case for downward departure or
adjustment, other than those bases stated
in the plea agreement itself (for which
Orlando has already received full credit).
*See* App. at 60–61. Accordingly, notwith-
standing Orlando's references in her brief
to relatives with health problems (as well
as her own health problems), *see* Pro Se
Brief at 2, 4–5, these could not possibly
constitute grounds for a discretionary re-
duction of her sentence under the plain
terms of her plea agreement.

The *Anders* brief submitted to this
Court demonstrates that Orlando's attor-
ney has "thoroughly examined the record
in search of appealable issues," and has
explained why any issues arguably sup-
porting the appeal are frivolous. *United
States v. Youla*, 241 F.3d 296, 300 (3d
Cir.2001). Moreover, an independent re-
view of "those portions of the record iden-
tified by [the] *Anders* brief" as well as
"those issues raised in Appellant's pro se
brief" reveal no nonfrivolous issues Orlan-
do might profitably raise on appeal. *Id.* at
301. Accordingly, we grant the *Anders*
motion and dismiss the case without ap-
pointing new counsel. *See* 3d Cir. L.A.R.
109.2. We also note that "the issues pre-
sented in the appeal lack legal merit" and
thus do not require the filing of a petition

---

* The Honorable J. Clifford Wallace, Circuit
Judge for the Ninth Circuit, sitting by desig-
nation.

1. Orlando concedes that the District Court
correctly determined the facts of her case,
and applied the correct law. *See* Pro Se Brief
at 4–5.

for writ of certiorari with the Supreme Court. *Id.*